Lawrence E. Henke
David L. Vicevich
Vicevich Law
524 E. Park Street, Ste. B
Butte, MT   59701
Telephone: (406) 782-1111
Fax No.: (406) 782-4000
larry@vicevichlaw.com
dave@vicevichlaw.com
State Bar of MT No. 42337024/4791

Attorneys for Plaintiff Matthew Egloff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| MATTHEW EGLOFF  <br><br>              Plaintiff,  <br><br>        vs.  <br><br>MONTANA TECHNOLOCICAL UNIVERSITY,  <br><br>              Defendant. | Cause No. CV-21-50-BU-BMM  <br><br>**NOTICE OF DISMISSAL** |

COMES NOW the Plaintiff, Matthew Egloff, by and through his counsel, Lawrence E. Henke, and provides this voluntary Notice of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

DATED this 23rd day of June, 2021.

　　　　　　　　　　　　　　　　　　/s/   *Lawrence E. Henke*_____
　　　　　　　　　　　　　　　　　　LAWRENCE E. HENKE
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff